No. 571. DAVID A. COLLIER ET AL., PLAINTIFFS IN ERROR, *v.* J. G. SMALTZ AND IOWA RAILROAD LAND COMPANY. In error to the Supreme Court of the State of Iowa. Motions to dismiss or affirm submitted October 23, 1911. Decided October 30, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Hannis Distilling Co.* v. *Baltimore*, 216 U. S. 285, 288, and cases cited; *Turner* v. *New York*, 168 U. S. 90; *Terry* v. *Anderson*, 95 U. S. 628. *Mr. F. T. Hughes* for the plaintiffs in error. *Mr. T. M. Zink* for J. G. Smaltz, and *Mr. Charles A. Clark* for the Iowa Railroad Land Company.

---

No. 12. THE MERCANTILE TRUST COMPANY ET AL., APPELLANTS, *v.* THE TEXAS & PACIFIC RAILWAY CO. ET AL. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Submitted October 23, 1911. Decided October 30, 1911. *Per Curiam.* Decree affirmed with costs. *Herndon* v. *Chicago, Rock Island & Pacific Railway*, 218 U. S. 135, 158, and cases cited. *Mr. Murphy J. Foster* and *Mr. William W. Green* for the appellants. *Mr. John F. Dillon, Mr. Chas. E. Fenner, Mr. W. B. Spencer* and *Mr. Chas. Payne Fenner* for the appellees. *Mr. Walter Guion* filed a brief as *amicus curiæ.*